2601.    HARRIS *v.* PUBLISHERS CLEARING HOUSE.

HILL, C. J. The answer of the magistrate to the writ of certiorari, which must be accepted as conclusive, eliminated any apparent error of law complained of in the petition for the writ, and clearly shows that the evidence fully supports the finding of the justice. The judgment of the superior court overruling the certiorari is    *Affirmed.*

DECIDED OCTOBER 14, 1910.

Certiorari; from Bibb superior court—Judge Felton. January 25, 1910.

*S. W. Hatcher,* for plaintiff in error.

*R. S. Wimberly,* contra.